## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MATTHEW HARN,

      Plaintiff,

          Case No. 19-cv-02441

v.

CAPITAL ONE FINANCIAL
CORPORATION; CAPITAL ONE BANK
(USA), N.A.; and CAPITAL ONE, N.A.,

          Defendants.

### RETURN OF SERVICE

I hereby certify that I served a copy of the Summons, Class Action Complaint, and

Designation of Place of Trial in the following manner:

**Return Receipt Delivery** – by causing to be delivered on the 9th day of August, 2019, by

return receipt delivery to Capital One Financial Corporation, Capital One Bank (USA), N.A.,

Capital One, N.A., at the following address: 1680 Capital One Drive, McLean, Virginia 22102, with

delivery being made by the following: United States Postal Service, Certified Mail 7017 0190 0001

1029 3317, Return Receipt Requested. A copy of the return receipt evidencing delivery is attached

to this Return of Service.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: */s/ Scott C. Nehrbass*
Scott C. Nehrbass, #16285
Daniel J. Buller, #25002
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, KS  66210-2000
Tel.: 913-498-2100
Fax: 913-498-2101
snehrbass@foulston.com
dbuller@foulston.com


Boyd A. Byers, #16253
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Tel.: 316-291-9796
Fax: 866-559-6541
bbyers@foulston.com

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2019, I presented the foregoing to the Clerk

of the Court for filing and uploading to the CM/ECF system.


*/s/ Scott C. Nehrbass*
Scott C. Nehrbass

2